

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

Nos. 06-15-00004-CV, 06-15-00005-CV
& 06-15-00006-CV

_____

BILLIE MURPHY TREMBLE, SHARON TREMBLE DONALDSON,
SELIA TREMBLE SHAWKEY, WILMER FORREST TREMBLE, JR., THE
ESTATE OF WILMER FORREST TREMBLE, SR., Appellants

V.

LUMINANT MINING COMPANY, LLC, ENERGY FUTURE HOLDINGS
CORPORATION AND SUBSIDIARIES, Appellees

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court Nos. 2013-390, 2013-391 & 2013-392

Before Morriss, C.J., Moseley and Carter*, JJ.

_____
*Jack Carter, Justice, Retired, Sitting by Assignment

## O R D E R

This Court has been notified that Luminant Mining Company, LLC, a party to this pending appeal, filed a voluntary petition for bankruptcy April 29, 2014, in the United States Bankruptcy Court for the District of Delaware under cause number 14-10979. Pursuant to the Bankruptcy Code, further action in this appeal is automatically stayed, *see* 11 U.S.C.A. § 362 (West, Westlaw current through May 26, 2015), and under Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this case is hereby abated and, for administrative purposes, will be treated as closed. Any party may move to reinstate the appeal by promptly filing a motion to reinstate including, as an attachment, either a certified copy of an order showing that the automatic bankruptcy stay has been lifted or any other authenticated document demonstrating that reinstatement is permitted by federal law and/or the relevant bankruptcy court. TEX. R. APP. P. 8.3(a). Any party may also move to sever the appeal in accordance with the provisions of Rule 8.3(b) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 8.3(b).

In the event of reinstatement, any period that began to run but had not expired at the time of suspension will begin anew when the appeal is reinstated. Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, the Court reinstates the appeal. TEX. R. APP. 8.2, 8.3.

In accordance with Rule 8.2 of the Texas Rules of Appellate Procedure, we suspend this appeal by abating it. *See* TEX. R. APP. P. 8.2.

IT IS SO ORDERED.

BY THE COURT

Date:  May 28, 2015